# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT_____

FILED

JUN - 1 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

*Gatha Novis Logan Jr.* )
_*N/A*_ )
_*N/A*_ )
Name of plaintiff (s) )
)
v. )
*Att. McGehhee* )
_*N/A*_ )
_*N/A*_ )
Name of defendant (s) )

Case No. *1:21-CV-121*
(to be assigned by Clerk)

*McDonogh / Lee*

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

*As the Federal Court has legislation Concerning the treatment of the 'Disabled' and 'Disabled Affairs', I believe there has been a grave, 'travisty of Justice.*

2. Plaintiff, *Gatha N. Logan Jr.* resides at
*900 Mountain Creek Rd. #G-89      Chattanooga*
street address                                            city

*Hamilton* , *TN* , *37405* , *423. 870. 3624*
county            state         zip code        telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
_*N/A*_
_*N/A*_

1

3. Defendant, _____Mr. McGehhee_____ lives at, or its business is located at

_____Shallowmead LN_____, _____Chattanooga, TN,_____
street address                                          city

_____Hamilton_____, _____TN_____, _____37405_____.
county                            state                       zip code

(if more than one defendant, provide the same information for each defendant below)

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved.  You may use additional paper if necessary):

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. _I seek Freedom from the Court System._
_The ability to mannage my affairs including my mone_

b. _The ability to buy a house._

c. _____

d. _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _6.t June_ day of _O1_ , 20 _21_ .

_Hatha N. Logan Jr._
_____

_____

Signature of plaintiff (s)

3

Gatha N. Logan Jr.                                     6.1.202_
900 Mountain Creek Rd.,
#G.89
Chattanooga, TN.
423.876.3624
423.713.8026

  I have an added Complaint. My first 'Conserv
tor,' ~~Stew~~ Attorney Steward B. Jenkins payed me ever,
2 weeks. I think that woud be bi-arually. My
next conservator @ continued that policy. Mr.
McGehhee is paying me two times a month, the 1st
and the 15th. There is a 'Short FAll' in his System.
He is 'Shorting' me potentially. Paying me every
2 weeks gives me 26.1 pay periods. Paying me
twice a month only give me 24 payperiods.
Is he pocketing that money? I recieve 225$^{\underline{oo}}$
every pay period. I will be shorted 450$^{\underline{oo}}$ at
the end of the year. Thats nearly $1,000, in 2
years. ~~I'm~~ I am legall, 'Competant!'

                            Gatha N. Logan Jr.