UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| GATHA NOVIS LOGAN, JR., | ) | |
|---|---|---|
| | ) | Case No. 1:21-cv-121 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| MCGEHHEE | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On October 10, 2019, United States District Court Judge Pamela Reeves entered an order enjoining Gatha Novis Logan, Jr. from filing any new lawsuits or other documents in this Court without first seeking an order obtaining the Court's permission to file. (*See* Doc. 1 in Case No. 3:19-mc-46.) The order further stated that, to obtain the Court's permission to file, Logan must submit: (1) a copy of the proposed document to be filed; and (2) a "Motion Pursuant to Court Order Seeking Leave to File," which must include, among other things, a declaration or sworn affidavit certifying that the document raises a new issued not previously raised, the claim is not frivolous, and the document is not filed in bad faith. (*Id*.) Finally, the order provides that "[t]he Court may dismiss any action initiated by the inadvertent filing by the Clerk's Office of any document submitted by Mr. Logan that has not been approved for filing pursuant to this Order." (*Id*.) The Clerk's Office inadvertently opened the above-captioned action even though Logan failed to submit the required motion and exhibits. Accordingly, this action is hereby **DISMISSED**, and the Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**